Case 08-71641    Doc 40    Filed 03/27/09    Entered 03/27/09 10:30:28    Desc Main
Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ANTHONY DZIK & BETTY J. DZIK                            Case Number: 08-71641
2606 LINDALE ROAD                SSN-xxx-xx-1672 & xxx-xx-5101
ROCKFORD, IL  61109

Case filed on: 5/27/2008
Plan Confirmed on: 8/8/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,400.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTY BERNARD NATALE | 3,500.00 | 3,500.00 | 1,366.08 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 1,366.08 | 0.00 |
| 014 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ANTHONY DZIK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 1,248.47 | 1,248.47 | 148.70 | 0.00 |
| 002 | AMERICAN GENERAL FINANCE | 3,815.94 | 3,815.94 | 712.43 | 0.00 |
| 004 | EMC MORTGAGE CORPORATION | 26,087.85 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICA'S SERVICING COMPANY | 18,849.62 | 0.00 | 0.00 | 0.00 |
| 013 | ROCK VALLEY WATER CULLIGAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 50,001.88 | 5,064.41 | 861.13 | 0.00 |
| 003 | DELL FINANCIAL SERVICES LP | 650.01 | 6.50 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ROUNDUP FUNDING LLC | 2,736.53 | 27.37 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 7,669.04 | 76.69 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 1,338.71 | 13.39 | 0.00 | 0.00 |
| 010 | CITI ADVANTAGE WORLD MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | RECOVERY MANAGEMENT SYSTEMS CORP | 195.44 | 1.95 | 0.00 | 0.00 |
| 012 | PORTFOLIO RECOVERY ASSOCIATES | 1,608.49 | 16.08 | 0.00 | 0.00 |
|  | Total Unsecured | 14,198.22 | 141.98 | 0.00 | 0.00 |
|  | Grand Total: | 67,700.10 | 8,706.39 | 2,227.21 | 0.00 |

Total Paid Claimant:     $2,227.21
Trustee Allowance:       $172.79           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00           discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009           By   /s/Heather M. Fagan